# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO R. AMAYA,** | NO. EDCV 16-1407-AG (KS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| **SCOTT FRAUENHEIM, Warden,** | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 31, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE